EDWARD MORIN *v.* BELL COURT CONDO-
MINIUM ASSOCIATION, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 112, is granted, limited to the following issue:

"Did the Appellate Court correctly conclude that the plaintiff had introduced insufficient evidence at trial for the jury to find that the defendant had constructive notice of the plaintiff's presence at the time and place of the accident?"

*John A. Blazi* and *Robert S. Cullen,* for intervening plaintiff Travelers Insurance Company, in support of the petition.

*Ralph G. Eddy,* in opposition.

Decided September 19, 1991

STATE OF CONNECTICUT *v.* JOHN C. GRANT

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 154, is denied.

*Elizabeth A. Gallagher,* in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided September 19, 1991

MARTIN H. FACTOR *v.* FALLBROOK, INC., ET AL.

The defendant Ahmed A. Dadi's petition for certification for appeal from the Appellate Court, 25 Conn. App. 159, is denied.

*Ahmed A. Dadi,* pro se, in support of the petition.

Decided September 19, 1991